UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| JAMES HARDY JR., # 157809,<br>        Petitioner,<br><br>-v-<br><br>BONITA HOFFNER,<br>        Respondent. | No. 1:14-cv-315<br><br>HONORABLE PAUL L. MALONEY |

# JUDGMENT

Having denied Hardy's petition for habeas relief, as required by Rule 58 of the Federal Rules of Civil Procedure, **JUDGMENT** enters in favor of Respondent and against Petitioner.

**THIS ACTION IS TERMINATED.**

**IT IS SO ORDERED.**

Date:   May 2, 2014               /s/ Paul L. Maloney
                                  Paul L. Maloney
                                  Chief United States District Judge